BLANCHE J. FERBER, Appellant, *v.* INDIA WHARF BREWING COMPANY, Respondent.

*Ferber* v. *India Wharf Brewing Co.*, 161 App. Div. 948, affirmed. (Argued June 16, 1915; decided July 13, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered April 16, 1914, upon an order which affirmed an order of Special Term granting a motion for judgment in favor of defendant on the pleadings. The principal question involved is whether a court of equity will force a corporation to pay a dividend in cash which was declared as a scrip dividend.

*Arthur O. Townsend,* for appellant.

*Henry H. Man* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., WERNER, COLLIN, CUDDEBACK, MILLER, CARDOZO and SEABURY, JJ.